**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 09-00006-KD** |
| **v.** | * | |
| | * | |
| **MELISSA B. GRAY** | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, On September 23, 2009, the Defendant, **MELISSA B. GRAY** entered a plea of guilty to Counts One, Two and Three of the indictment. As a condition of her guilty plea, the defendant, **MELISSA B. GRAY** agreed to immediately forfeit to the United States all of her right, title, and interest to all property which is set forth in Count Three of the indictment and which is forfeitable to the United States pursuant to Title 18 United States Code, Section 2253. Pursuant to the guilty plea, the Defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the Defendant at any time after the guilty plea and before sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the guilty plea, Defendant, **MELISSA B. GRAY**, agreed to and confessed to forfeit the following property:

> **1. One Toshiba laptop computer, serial number 37243493K; and contained within a Toshiba 80GB hard disk drive, serial number 170FTHXXT.**
>
> **2. One HP Pavilion desktop computer, serial number USO1555718; and contained within a Maxtor 30GB hard disk drive, serial number G60EN28C.**

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting March 24, 2010, on www.forfeiture.gov. A Proof of Publication was filed on April 23, 2010, (Doc. 85), specifying the details of this

publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

> **1. One Toshiba laptop computer, serial number 37243493K; and contained within a Toshiba 80GB hard disk drive, serial number 170FTHXXT.**
>
> **2. One HP Pavilion desktop computer, serial number USO1555718; and contained within a Maxtor 30GB hard disk drive, serial number G60EN28C.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four (4) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

DONE AND ORDERED this 25th day of October, 2010

    s/ Kristi K. DuBose
    KRISTI K. DuBOSE
    UNITED STATES DISTRICT JUDGE